IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KRYSTEL WILSON, Etc. | ) | CASE NO. 4:18 CV-00066-MWB |
| | ) | |
| Plaintiff | ) | HON. MATTHEW W. BRANN |
| | ) | |
| vs. | ) | |
| | ) | |
| GEISINGER HEALTH SYSTEM, | ) | **NOTICE OF PARTIAL** |
| et al. | ) | **VOLUNTARY DISMISSAL** |
| | ) | |
| Defendants | ) | |

Now comes Plaintiff, and pursuant to Rule 41(a)(1)(A)(i), hereby dismisses without prejudice Defendant Geisinger Health System from the instant action. All claims against all other Defendants should remain pending.

Respectfully submitted,

/s/ *Gregory S. Scott* - *(Pro Hac Vice)*
**GREGORY S. SCOTT (#0067255)**
**Lowe Eklund Wakefield Co., L.P.A.**
610 Skylight Office Tower
1660 West Second Street
Cleveland, Ohio  44113-1454
(216) 781-2600 Phone
(216) 781-2610 Fax
Gscott@lewlaw.com


/s/ *Norman A. Moses* – *(Pro Hac Vice)*
**NORMAN A. MOSES (#72866)**
100 Marwood Circle
Boardman, OH 44512
(330) 952-3900 Phone
(330) 953-2949 Fax
norm@nmoseslaw.com

And

/s/ Jaime Jackson
JAIME JACKSON (#80448)
Atlee Hall
415 North Duke Street
Lancaster, PA  17602
(717) 393-9596
jdjackson@atleehall.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

A copy of the foregoing has been filed electronically this 5 day of March. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Gregory S. Scott
GREGORY S. SCOTT, ESQ.
Attorney for Plaintiff