## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KRYSTEL WILSON, Administratrix | : | No.: 4:18-CV-00066 |
| of The Estate of LOUIS ANTHONY | : | |
| MELTON, DECEASED, | : | |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| | : | |
| v. | : | |
| | : | |
| GEISINGER MEDICAL CENTER; | : | |
| GEISINGER CLINIC; MARTHA | : | |
| FERNE SHOWALTER, M.D.; | : | |
| STEVEN R. BONEBRAKE, M.D.; | : | |
| KEVIN FREDERICK, M.D.; | : | |
| ROBERT P. GARVIN, M.D.; | : | |
| AARON GARCILLANO ILANO, M.D.; | : | |
| TAMARA T. MYERS, M.D.; and | : | |
| KEROLOS RAMSIS YOUSEF, M.D., | : | |
| | : | |
| Defendants. | : | |

## ORDER REFERRING CASE TO MEDIATION
## AND APPOINTING MEDIATOR

### APRIL 11, 2018

In accordance with the Civil Justice Reform Act of 1990 Expense and Delay

Reduction Plan of the United States District Court for the Middle District of

Pennsylvania  and in accordance with the rules governing mediation set forth in Chapter

VI of the Rules of the Middle District of Pennsylvania, **IT IS HEREBY ORDERED**

that:

1. **Referral to Mediation:**  This case shall be referred to the mediation process in an attempt to achieve an equitable settlement of the issues.  The following individual is hereby appointed by the Court to serve as a mediator in this action:

Name of Mediator: William A. Hebe, Esquire
Address: Spencer, Gleason, Hebe & Rague, P.C.
17 Central Avenue
Wellsboro, PA 16901
Phone: 570-724-1832
Email: sghrlaw@ptd.net

2. **Scheduling and Conduct of Mediation Conference(s):**  The mediation conference(s) shall be scheduled and conducted in accordance with Rules 16.8.5 and 16.8.6 of the Middle District.  The first such mediation session shall be held within one-hundred twenty (120) days of the date of this order at a time, date, and location to be set by the mediator.

3. **General Rules Governing the Mediation Conference:**  All counsel and the mediator are to become familiar with Chapter VI, ALTERNATIVE DISPUTE RESOLUTION, of the Local Rules for the U.S. District Court, Middle District of Pennsylvania.

4. **Compensation of the Mediator:**  In accordance with Rule 16.8.3 of the Middle District, the services of the mediator shall be provided pro bono.

5. The Clerk of Court is directed to cause a copy of this Order to be served upon all counsel of record in this matter and to the mediator and is further  directed to make the file in this case available to the mediator, at his convenience.

No later than ten (10) days from the date of this Order, any party may file and serve written objections to this Order.  Any such objections shall also be served upon the mediator.  The absence of any such objection shall constitute acknowledgment and consent to the terms of this Order.

BY THE COURT:


*s/Matthew W. Brann*
Matthew W. Brann
United States District Judge

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KRYSTEL WILSON, Administratrix | : | No.: 4:18-CV-00066 |
| of The Estate of LOUIS ANTHONY | : | |
| MELTON, DECEASED, | : | |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| | : | |
| v. | : | |
| | : | |
| GEISINGER MEDICAL CENTER; | : | |
| GEISINGER CLINIC; MARTHA | : | |
| FERNE SHOWALTER, M.D.; | : | |
| STEVEN R. BONEBRAKE, M.D.; | : | |
| KEVIN FREDERICK, M.D.; | : | |
| ROBERT P. GARVIN, M.D.; | : | |
| AARON GARCILLANO ILANO, M.D.; | : | |
| TAMARA T. MYERS, M.D.; and | : | |
| KEROLOS RAMSIS YOUSEF, M.D., | : | |
| | : | |
| Defendants. | : | |

**MEDIATION REPORT**

In accordance with the Court's mediation order, a mediation conference was held on _____, and the results of that conference are indicated below:

(a) The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite settlement authority:

_____ All individual parties and their counsel.

_____ Designated corporate representatives.

_____ Required claims professionals.

_____ Other (Describe). _____

_____

(b)  The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate as ordered:

_____

_____

_____


(c)  The outcome of the mediation conference was:

_____  **The case has been completely settled**.  Counsel will promptly notify the court of settlement by the filing of a settlement agreement signed by the parties and the mediator within ten (10) days of this report.


_____  **The case has been partially resolved.**  Counsel have been instructed to file with the court, a joint stipulation regarding those claims which have been resolved within ten (10) days of this report.  The following issues remain for this court to resolve: _____

_____

_____


_____  **The parties have reached an impasse.**


**Done this _____ day of _____, 2018.**



Signature of Mediator         _____


Name of Mediator              _____

Phone (___) _____ - _____